United States Courts
Southern District of Texas
FILED
*9/30/2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALBERT TERRENCE JOHNSON, | § | **Civil Action No. 4:26-CV-05638** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JERMAINE FERGUSON, et al., | § | |
| Defendants. | § | |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Albert Terrence Johnson, currently proceeding pro se, respectfully moves pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the accompanying First Amended Complaint. The proposed amended pleading is submitted with this motion as the pleading Plaintiff seeks permission to file.

Rule 15(a)(2) provides that, when amendment is not permitted as a matter of course, a party may amend its pleading with the opposing party's written consent or the Court's leave, and that the Court should freely give leave when justice so requires. The Southern District of Texas Local Rules also require motions to be accompanied by supporting authority and, where applicable, a separate proposed order. See Fed. R. Civ. P. 15(a)(2); S.D. Tex. L.R. 7.1.

## I. GROUNDS FOR LEAVE

1. Plaintiff seeks leave so that the operative pleading accurately presents the claims, factual allegations, parties, and relief that Plaintiff contends arise from the events described in the proposed First Amended Complaint.

2. The proposed amendment is made in good faith and for the purpose of presenting the issues to the Court in a single, coherent pleading. Plaintiff seeks to clarify and/or supplement the allegations and causes of action rather than require the Court and the parties to proceed from an incomplete or superseded pleading.

3. Plaintiff does not seek leave for an improper purpose. The proposed amendment is intended to promote a complete presentation of the dispute and to permit the claims to be addressed on their merits.

**4.** At this stage, Plaintiff is not aware of any undue prejudice that would result from allowing the proposed amendment. Any defendant affected by the amendment will have the opportunity provided by the Federal Rules of Civil Procedure to respond to the amended pleading.

**5.** There is no showing presently before the Court that the requested amendment would cause undue delay, bad faith, or undue prejudice. To the extent the Court determines that additional procedural protections are appropriate, Plaintiff respectfully requests such relief as the Court deems proper.

**6.** The proposed First Amended Complaint is attached for the Court's review. Plaintiff requests that, upon granting leave, the proposed pleading be accepted for filing as the First Amended Complaint and become the operative complaint in this action.

7. Regarding status of Service and Request for Judicial Discretion. Plaintiff respectfully states that, as of the filing of this motion, summonses have not yet been issued and formal service of the original Complaint has not yet been completed. Accordingly, Plaintiff is requesting that the Court exercise its discretion under Federal Rule of Civil Procedure 15(a)(2) and grant leave for Plaintiff to file the proposed First Amended Complaint, rather than requiring Plaintiff to obtain written consent from defendants before seeking amendment. Plaintiff makes this request so that the Court may determine whether the proposed amended pleading should be accepted as the operative complaint before formal service and summons procedures are completed. Plaintiff further requests that, if leave is granted, the Clerk be permitted to issue any summonses required for service of the First Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Court's procedures.

## II. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to file the proposed First Amended Complaint attached to this motion; direct that the amended pleading be docketed and treated as the operative complaint; and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

ALBERT TERRENCE JOHNSON
Plaintiff, Pro Se
4501 Twin Oaks Circle
Killee, TX 76542
2545351119
johnson.albert09@yahoo.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALBERT TERRENCE JOHNSON,<br>Plaintiff, | §<br>§ | **Civil Action No. 4:26-CV-05638** |
| | § | |
| v. | § | |
| | § | |
| JERMAINE FERGUSON, et al.,<br>Defendants. | §<br>§ | |

**CERTIFICATE OF CONFERENCE**

Plaintiff Albert Terrence Johnson certifies that no conference was conducted regarding Plaintiff's Motion for Leave to File First Amended Complaint because, as of the filing of the motion, no defendant has been served with the Complaint, no summons has been issued, and no defendant has appeared through counsel. Accordingly, there is presently no opposing party or counsel with whom Plaintiff can confer regarding the requested amendment.

Plaintiff therefore respectfully requests that the Court consider the Motion for Leave to File First Amended Complaint and exercise its discretion under Federal Rule of Civil Procedure 15(a)(2) to grant Plaintiff leave to file the proposed First Amended Complaint.

Respectfully submitted,

ALBERT TERRENCE JOHNSON
Plaintiff, Pro Se
4501 Twin Oaks Circle
Killee, TX 76542
2545351119
johnson.albert09@yahoo.com