**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALBERT TERRENCE JOHNSON,<br>Plaintiff, | §<br>§<br>§ | **Civil Action No. 4:26-CV-05638** |
| v. | §<br>§ | |
| JERMAINE FERGUSON, et al.,<br>Defendants. | §<br>§ | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiff Albert Terrence Johnson's Motion for Leave to File First Amended Complaint. Having considered the motion, the proposed First Amended Complaint, the record, and applicable law, the Court finds that the motion should be GRANTED.

It is therefore ORDERED that Plaintiff is GRANTED leave to file the proposed First Amended Complaint. The proposed First Amended Complaint shall be accepted for filing and shall constitute the operative complaint in this action upon docketing.

It is further ORDERED that Defendants shall respond to the First Amended Complaint within the time permitted by the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

SIGNED on ____________________, 2026.

______________________________

UNITED STATES DISTRICT JUDGE