UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 30 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| ALBERT TERRENCE JOHNSON,<br>Plaintiff, | §<br>§ | **Civil Action No. 4:26-CV-05638** |
| | § | |
| v. | § | |
| | § | |
| JERMAINE FERGUSON, et al.,<br>Defendants. | §<br>§ | |

**Dear Clerk of Court:**

Please accept for filing in the above-referenced civil action Plaintiff Albert Terrence Johnson's Motion for Leave to File First Amended Complaint, together with the proposed First Amended Complaint and proposed order submitted in support of that motion.

The filing is intended to request judicial leave for Plaintiff to replace the currently operative complaint with the proposed First Amended Complaint. The requested relief is limited to obtaining leave to file the amended pleading and having that pleading accepted and docketed as the operative complaint in this action. Plaintiff is not asking the Clerk to rule on the merits of the motion; the requested judicial relief is directed to the assigned District Judge.

Please docket the motion and accompanying proposed pleading in Civil Action No. 4:26-CV-05638 in accordance with the Court's electronic filing procedures. Plaintiff understands that the Clerk's Office cannot grant the requested amendment without an order from the Court.

Enclosed/submitted with the filing are: (1) Plaintiff's Motion for Leave to File First Amended Complaint; (2) the proposed First Amended Complaint; and (3) a proposed order granting leave to amend.

Thank you for your assistance in processing this filing.

Respectfully submitted,

ALBERT TERRENCE JOHNSON
Plaintiff, Pro Se