This envelope is for use with the following services: UPS Next Day Air® UPS Worldwide Express℠ UPS 2nd Day Air®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

United States Courts
Southern District of Texas
FILED
SEP 30 2026
Nathan Ochsner, Clerk of Court

**The UPS Store Smart Label**

**Tracking #**

**1Z0Y7F62016424 7282**

ALBERT JOHNSON
(254) 535-1119
THE UPS STORE #4571
2511 TRIMMIER RD STE 140
KILLEEN TX 76542-1910

0.7 LBS LTR
SHP WT: 1 LBS
DATE: 28 SEP 2026

SHIP TO:
SOUTHERN DISTRICT OF TEXAS
UNITED STATES DISTRICT COURT
515 RUSK AVE
CLERK OFFICE -ROOM 5300
HOUSTON DISTRICT
HOUSTON TX 77002

TX 775 9-02

UPS NEXT DAY AIR 1

TRACKING #: 1Z 0Y7 F62 01 6424 7282

BILLING: P/P

MHVW1RGBYS5RD ISH 13.00C ZZP 450 32.5U 08/2026

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709 08/21 United Parcel Service