United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALBERT TERRENCE JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-5638 |
| | § | |
| JERMAINE FERGUSON, ET AL., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

# ORDER

Pending before this Court are various motions filed by Plaintiff, including Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 7), Plaintiff's Motion for Continuance of Initial Pretrial Conference and Extension of Time to Effect Service of Process (Doc. 8), Plaintiff's Motion for Permission to File Electronically (Doc. No. 9), and Plaintiff's Motion for Extension of Time to Effect Service (Doc. No. 14). Plaintiff's Motion for Leave to File Electronically is **GRANTED**. (Doc. No. 9). A separate order will set out the parameters. Plaintiff's Motion for Leave to File First Amended Complaint is **GRANTED**. (Doc. No. 7). The Clerk is directed to docket the Amended Complaint (Doc. No. 7-2) as the live complaint in this case. Plaintiff's Motion for Extension of Time to Complete Service is **GRANTED**. (Doc. No. 14).[1] As requested, Plaintiff has until December 17, 2026 to serve Defendants with the Amended Complaint. The Motion to Continue the Pretrial Conference is **GRANTED**. (Doc. No. 8). The Magistrate Judge is instructed to vacate and reset the Initial Pretrial Conference in accordance with this Order.

[1] This Court notes that Plaintiff also requested an extension in Doc. No. 8. The motion is now denied as moot.

Further pending are three motions (Doc. No. 10, 11, 12) that appear to be identical to the previously mentioned motions docketed at entries Doc. Nos. 7, 8, 9. These motions are also denied as moot.

It is so ordered.

Signed on this the 3rd day of November, 2026.

Andrew S. Hanen
United States District Judge